OPINION BY MR. JUSTICE SADLER, January 7, 1924:

The same facts and legal questions are involved in this appeal as in Malky v. Kiskiminetas Valley Coal Company, defendant, Pennsylvania Bituminous Mutual Assn., insurance carrier, appellant, this day decided, and a like determination is made.

The judgment is affirmed.

---

## Rydzeski *v.* Kiskiminetas Valley Coal Co. (et al., Appellant).

Argued October 8, 1923. Appeal, No. 156, Oct. T., 1923, by Pennsylvania Bituminous Mutual Association, insurance carrier, from judgment of C. P. Allegheny Co., July T., 1923, No. 890, affirming decision of Workmen's Compensation Board, in case of Mildred Rydzeski v. Kiskiminetas Valley Coal Co., defendant, and Pennsylvania Bituminous Mutual Association, insurance carrier.

OPINION BY MR. JUSTICE SADLER, January 7, 1924:

The same facts and legal questions are involved in this appeal as in Malky v. Kiskiminetas Valley Coal Company, defendant, Pennsylvania Bituminous Mutual Assn., insurance carrier, appellant, this day decided, and a like determination is made.

The judgment is affirmed.

---

## Transcontinental Oil Co. et al. *v.* Atlas Assurance Co., Ltd., Appellant.

*Practice, C. P.—Affidavit of defense—Facts not denied—Admissions—Information and belief.*

1. Facts not denied by an affidavit of defense are to be considered as admitted, and, where contradicted on information and belief,